**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **CONSTELLATION NEWENERGY, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **DMG CONSULTING & DEVELOPMENT INC.**, <br><br> Defendant. | **Case No**. |

**PLAINTIFF CONSTELLATION NEWENERGY, INC.'S ORIGINAL COMPLAINT**

Plaintiff Constellation NewEnergy, Inc. ("Constellation"), by and through its undersigned counsel, files this Complaint against Defendant DMG Consulting & Development Inc. ("DMG").

**NATURE OF THE CASE**

1.      This is a straightforward breach of contract matter where DMG has failed to pay amounts due and owing to Constellation for goods and services Constellation provided under the parties' written agreements. Accordingly, Constellation brings this suit to recover the amounts due, attorneys' fees, costs of court, and prejudgment and post-judgment interest.

**PARTIES**

2.      Plaintiff, Constellation, is a Delaware corporation with its principal place of business at 1310 Point Street, Baltimore, Maryland 21231.

3.      Defendant, DMG, is an Illinois corporation with its principal place of business at 1425 Madeline Ln., Elgin, IL 60124. DMG may be served through its registered agent, Chheanrem Chhean, at 1425 Madeline Ln., Elgin, IL 60124, or wherever he may be found.

1

**JURISDICTION AND VENUE**

4. This Court has jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) because complete diversity of citizenship exists between Constellation and DMG, and the amount in controversy exceeds $75,000.

5. Venue is proper in this District pursuant to 28 U.S.C. §1391(b)(2).

**FACTUAL BACKGROUND**

6. Constellation is a competitive energy company providing power, natural gas, renewable energy and energy management products and services for homes and businesses across the continental United States.

7. DMG is a former customer of Constellation.

8. On or around March 21, 2023, Constellation and DMG executed the Customer Contract for EME Express Energy (the "**EME Contract**") where DMG agreed to purchase, and have installed by a third-party contractor, energy efficiency equipment at its facility located at 1425 Madeline Ln., Elgin, IL 60124. A true and correct copy of the EME Contract is attached hereto as **Exhibit 1**. Pursuant to the EME Contract, DMG agreed to pay Constellation a total of $1,273,356.13 for the energy efficiency equipment in sixty monthly installments of $21,222.60.

9. In addition to entering into the EME Contract, on or around March 21, 2023, Constellation and DMG executed the Electricity Supply Agreement (the "**ESA**") (collectively, the "**DMG Contracts**"). A true and correct copy of the ESA is attached hereto as **Exhibit 2**. Pursuant to the ESA, DMG agreed to purchase and receive, and Constellation agreed to sell and supply, all of DMG's electricity requirements for certain facilities of DMG from approximately June 20, 2023 through December 18, 2028.

10. In accordance with the terms of the DMG Contracts, DMG hired Commonwealth Energy Group LLC ("**Contractor**") to supply and install the energy efficiency equipment at

2

DMG's facility. On March 21, 2023, DMG and Contractor executed a contract for the purchase and installation of the energy efficiency equipment for DMG's facility.

11. Upon completion of Contractor's work and installation of the energy efficiency equipment at DMG's facility, DMG signed an Acceptance Notice Form, confirming Contractor's work and triggering Constellation to release its payment to Contractor and to invoice DMG for the same. Constellation paid Contractor a total of $971,394.00 for the supply and installation of the energy efficiency equipment pursuant to the EME Contract.

12. Constellation began invoicing DMG for the energy efficiency equipment sold and supplied to DMG pursuant to the DMG Contracts. DMG failed to pay all amounts due and owing, and invoiced, under the DMG Contracts.

13. On or around August 21, 2024, Constellation and DMG agreed to new payment terms, where DMG agreed to pay Constellation $2,000 a week starting August 28, 2024. Starting November 20, 2024, DMG began missing payments under the new payment plan.

14. The total amount due and owing on the energy efficiency equipment sold and supplied to DMG as well as the commodity (power) sold and supplied to DMG in accordance with the DMG Contracts was $1,245,265.15. DMG failed to pay the balance.

15. On May 12, 2025, Constellation (through its undersigned counsel) sent a final demand letter to DMG demanding payment of the outstanding balance ($1,245,265.15) under the DMG Contracts within ten days. DMG failed to pay the outstanding amount.

16. As of the date of the Complaint, DMG has failed to pay $1,245,265.15 for the energy efficiency equipment and for power pursuant to the DMG Contracts.

3

## CAUSES OF ACTION

### Count I: Breach of Contract

17. Constellation repeats and re-alleges the allegations contained in the preceding paragraphs as if fully set forth herein.

18. The DMG Contracts are valid and enforceable contracts between Constellation and DMG.

19. Constellation is a proper party to bring suit for breach of the DMG Contracts because it is a party to the contracts.

20. Constellation performed its obligations pursuant to the DMG Contracts by supplying DMG with its full requirements for electricity and paying Contractor for the energy efficiency equipment that was supplied and installed at DMG's facility. Constellation invoiced DMG for the energy efficiency equipment in accordance with the DMG Contracts.

21. The EME Contract provides that DMG "shall pay the price for the EMEX Costs under this Contract in monthly installments" and that the "installment payment charges may be included as a line item in Customer's monthly electricity supply invoices" from Constellation.

22. The ESA provides that "[a]ll amounts charged are due in full within twenty (20) days of the invoice date". Section 3 of the Terms and Conditions of the ESA provides that DMG will be in default of the ESA if DMG fails to pay its bills on time and in full.

23. DMG breached the DMG Contracts by failing to pay Constellation's invoices for electricity and related services, and the costs of the energy efficiency equipment installed at DMG's facility.

24. DMG's breach of the DMG Contracts has caused Constellation to suffer damages in an amount not less than $1,245,265.15.

## ATTORNEYS' FEES

25. Constellation repeats and re-alleges the allegations contained in the preceding paragraphs as if fully set forth herein.

26. As a result of the DMG's actions and inactions, Constellation was compelled to retain the undersigned attorneys to bring and file suit.

27. Constellation is entitled to recover its attorneys' fees pursuant to the EME Contract. Section 5(c) of the EME Contract provides that "Customer agrees to pay all collection costs and expenses (including but not limited to reasonable attorneys' fees) related to Customer's failure to pay the EMEX Costs installment payments in full and on time."

28. Additionally, Constellation is entitled to recover its attorneys' fees pursuant to section 4 of the Terms and Conditions to the ESA. Specifically, section 4 provides that upon DMG's default under its contracts with Constellation, they must compensate Constellation for "all costs (including attorneys' fees, expenses and court costs) [Constellation] incur[s] in collecting amounts [DMG] owe[s] [Constellation] under this Agreement."

29. Accordingly, Constellation seeks recovery of all collection costs and expenses related to DMG's failure to pay under the DMG Contracts, including reasonable attorneys' fees.

## PREJUDGMENT AND POSTJUDGMENT INTEREST

30. Constellation repeats and re-alleges the allegations contained in the preceding paragraphs as if fully set forth herein.

31. Constellation is entitled to recover prejudgment and post-judgment interest in accordance with law and equity as part of its damages herein. The EME Contract provides "[i]nvoices not paid on or before the Payment Date will accrue interest daily on outstanding amounts from the Payment Date until paid in full, at the lesser of 1.5% per month or the highest rate permitted by law."

5

32.     Similarly, the ESA provides if DMG fails to make payments by the due date, "interest will accrue daily on outstanding amounts from the due date until the bill is paid in full at a rate of 1.50% per month, or the highest rate permitted by law, whichever is less."

33.     As such, Constellation sues for recovery of prejudgment and post-judgment interest at 1.50% per month or at the maximum amount allowed by law.

## PRAYER FOR RELIEF

Plaintiff, Constellation NewEnergy, Inc., respectfully requests that this Court enter a judgment in its favor and against Defendant, DMG Consulting & Development Inc. for:

a.     actual damages;

b.     prejudgment and post-judgment interest at the highest legal maximum rate;

c.     attorneys' fees;

d.     costs of court; and

e.     all such other and further relief, general or special, at law or in equity, to which Plaintiff may be entitled.

Dated: August 22, 2025

Respectfully submitted,

**FOLEY & LARDNER LLP**

*/s/ Mason D. Roberts*_____
Mason D. Roberts
Illinois Bar No. 6330345
321 North Clark Street, Suite 3000
Chicago, Illinois 60654
Telephone: (312) 832-4500
mroberts@foley.com

OF COUNSEL:
*(pro hac vice application forthcoming)*
Scott D. Ellis
Rey Rodriguez IV
Quynh-Nhu Truong
1000 Louisiana Street, Suite 2000
Houston, Texas 77002
Telephone: (713) 276-5615
sellis@foley.com
rey.rodriguez@foley.com
qtruong@foley.com

**ATTORNEYS FOR PLAINTIFF
CONSTELLATION NEWENERGY, INC.**