ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

**Constellation NewEnergy, Inc.**

Plaintiff(s),

v.

**DMG Consulting & Development Inc.**

Defendant(s).

Case No. 1:25-cv-10058

Judge Sunil R. Harjani

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

        in favor of plaintiff(s)
and against defendant(s)

          which ☐ includes      pre–judgment interest.
does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐     in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒     other: Defendant did not appear for the default judgment hearing or respond to Plaintiff's motion for default judgment [22]. Accordingly, the motion [22] is granted. Judgment is entered in favor of Plaintiff Constellation NewEnergy, Inc. and against Defendant DMG Consulting & Development Inc. in the amount of $1,245,265.15.

X   decided by Judge Harjani on Plaintiff's motion for default judgment [22].

Date: 4/13/2026                Thomas G. Bruton, Clerk of Court

                              Lynette Santiago, Deputy Clerk